

# MANDATE

## Court of Appeals

## First District of Texas

**TO THE 339TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals for the First District of Texas, on February 9, 2004, the cause upon appeal to revise or reverse your judgment between

EX PARTE TOMAS HORACIO RUIZ

NO. 01-03-00551-CR

Appeal from the 339th District Court of Harris County, Texas. (Tr. Ct. No. 946671). Panel consists of Justices Taft, Keyes, and Bland. Opinion delivered by Justice Bland.

was detennined; and therein our said Court made its order in these words:

"The cause heard today by the Court is an appeal from the order denying relief signed by the court below on May 9, 2003. After submitting the cause and inspecting the record of the court below, it is the opinion of this Court that there was no reversible error in the order. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the order of the court below be in all things **affirmed**.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered February 9, 2004.

Panel consists of Justices Taft, Keyes, and Bland."

Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 30, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

